522

No. 403. MOE ET AL v. ABERG ET AL., TRUSTEES. Jurisdictional statement submitted October 28, 1929. Decided November 4, 1929. *Per Curiam:* The appeal herein is dismissed, and certiorari is denied, for the want of a question adequate to support the jurisdiction of this Court. *Messrs. R. M. Rieser* and *H. L. Butler* for appellants. *Messrs. John W. Reynolds, Franklin E. Bump, John B. Sanborn,* and *Chauncey E. Blake* for appellees.

No. 465. HILL v. UNITED STATES. Motion submitted November 4, 1929. Decided November 25, 1929. *Per Curiam:* The motion for leave to proceed further herein *in forma pauperis* is denied, for the reason that the Court, upon examination of the unprinted record herein submitted, finds no ground upon which a writ of certiorari can be issued. The petition for certiorari is therefore also denied. The Clerk is directed to pay the costs already incurred in this cause in the manner provided in the order of October 29, 1926. *Mr. John J. Sullivan* for petitioner. No appearance for the United States.